UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BERTIN N. NOUTCHANG, )
A29 696 111 )
)
 Petitioner, ) NO.
)
V. )
)
Richard Caterisano, District Director, )
U.S. Citizenship and Immigration Services; )
)
Michael Chertoff, Secretary, )
Department of Homeland Security; and )
)
Alberto R. Garcia, Attorney General )
of the United States, )
)
 Respondents )
)

CASE NUMBER 1:06CV00521

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Rev:

DATE STAMP: 03/20/2006

## MOTION TO APPEAR PRO HAC VICE

To: The Honorable Judges of the United States District Court for the District of Columbia

PERSONAL STATEMENT

Regina Yvonne Kane
Law Office of Regina Y. Kane
1717 K Street, NW Suite 600
Washington, D.C. 20036
202 349-3971 Office
202 331-3759 Fax

I have been admitted to the Court of Appeals for the District of Columbia (DC Bar No. 486128)

and the Kansas Supreme Court (Kansas Bar No. 16135).

I certify that I have not been reprimanded in any court nor has there been any action in any court

pertaining to my conduct or fitness as a member of the bar.

I certify that I am familiar with the Local Rules of this Court.

I have not been admitted pro hac vice in this court within the last two years.

_____
Regina Y. Kane

2

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____
Richard A. Samad
D.C. Bar No. 462384
503 D Street, NW Suite 200
Washington, D.C. 20001

Date: 20 Mar 06