AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

Bertin N. Noutchang
A 29 696 111
,  Plaintiff

v.

Richard Caterisano, et al

APPEARANCE

CASE NUMBER: 06-521

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Plaintiff Bertin Noutchang

---

13 Jun 06
**Date**

486128
**BAR IDENTIFICATION NO.**

Regina J. Kane
**Signature**

Regina Y. Kane
**Print Name**

1717 K Street, NW ste 600
**Address**

Washington    DC    20036
City            State        Zip Code

202 349-3971
**Phone Number**