UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
BERTIN N. NOUTCHANG,                 )
 A29 696 111                         )
                                     )
         Plaintiff,                  )    NO. 06-cv-521
                                     )
                                     )
                                     )
                                     )
 Richard Caterisano, District Director, )
 U.S. Citizenship and Immigration Services; )
                                     )
 Michael Chertoff, Secretary,        )
 Department of Homeland Security; and )
                                     )
 Alberto R. Gonzales, Attorney General )
 of the United States,               )
                                     )
         Defendants                  )
                                     )
_____  )

**PLAINTIFF'S RESPONSE TO THE COURT'S MINUTE ORDER TO SHOW CAUSE**

Plaintiff, by undersigned counsel, hereby states that an oversight has resulted in the delay in prosecution in the above captioned matter. The undersigned counsel contacted the Clerk of Court to inquire as to why the case has not moved forward and was informed at that time that a proper summons had not be filed with the court. Counsel sincerely apologizes for the oversight and the delay it has caused the court. The appropriate summonses have been prepared and will be filed on 20 October 2006.

The undersigned counsel respectfully requests that this case not be dismissed.

                                                                    _____
                                                                    Regina Y. Kane
                                                                    Law Office of Regina Y. Kane
                                                                    1717 K Street, NW Suite 600
                                                                    Washington, D.C.  20036
                                                                    202 349-3971 Office
                                                                    District of Columbia Bar No. 486128