UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____   )
BERTIN N. NOUTCHANG,                   )
 A29 696 111                           )
                                       )
            Plaintiff,                 )   NO. 06cv0521
                                       )
                                       )
                                       )
                                       )
 Richard Caterisano, District Director,)
 U.S. Citizenship and Immigration Services; et al., )
                                       )
                                       )
            Defendants.                )
                                       )
_____   )

**AFFIDAVIT OF SERVICE**

I, Regina Y. Kane, hereby declare that on the 14th of November 2006, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to Alberto Gonzales, Attorney General of the United States. Attached hereto is the green card acknowledging service.

 

_____
Regina Y. Kane
Law Office of Regina Y. Kane
1717 K Street, NW Suite 600
Washington, D.C.  20036
202 349-3971 Office
District of Columbia Bar No. 486128