UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERTIN N. NOUTCHANG,<br>A29 696 111<br><br>Plaintiff,<br><br><br>Richard Caterisano, District Director,<br>U.S. Citizenship and Immigration Services; et al.,<br><br>Defendants. | NO. 06cv0521 |

**AFFIDAVIT OF SERVICE**

I, Regina Y. Kane, hereby declare that on the 14th of November 2006, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to Richard Caterisano, District Director, US CIS. Attached hereto is the green card acknowledging service.

_____
Regina Y. Kane
Law Office of Regina Y. Kane
1717 K Street, NW Suite 600
Washington, D.C. 20036
202 349-3971 Office
District of Columbia Bar No. 486128