UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____     )
BERTIN N. NOUTCHANG,                     )
 A29 696 111                             )
                                         )
         Plaintiff,                      )     NO. 06cv0521
                                         )
                                         )
                                         )
                                         )
 Richard Caterisano, District Director,  )
 U.S. Citizenship and Immigration Services; et al,. )
                                         )
                                         )
                                         )
         Defendants                      )
                                         )
_____     )

**AFFIDAVIT OF SERVICE**

I, Regina Y. Kane, hereby declare that on the 14th of November 2006, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to Office of the Chief Counsel, Immigration and Customs Enforcement. Attached hereto is the green card acknowledging service.

_____
Regina Y. Kane
Law Office of Regina Y. Kane
1717 K Street, NW Suite 600
Washington, D.C.  20036
202 349-3971 Office
District of Columbia Bar No. 486128