**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Chief Counsel
Immigration & Customs Enforcement
31 Hopkins Plaza
Baltimore, MD 21201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Grant_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _Grant_    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0002 7479 5833

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540