UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERTIN N. NOUTCHANG,** <br> A29 696 111 <br><br> Petitioner, <br><br> v. <br><br> **RICHARD CATERISANO, District Director** <br> **U.S. Citizenship & Immigration Services,** *et al.* <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0521 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) |

### RESPONDENTS' REPLY MEMORANDUM TO
### PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION TO DISMISS

The Respondents, through counsel, the United States Attorney for the District of Columbia, respectfully file this reply memorandum in response to Petitioner's opposition to Respondents' motion to dismiss. Although Petitioner claims an earnest belief that service had been effected and that any defect in service had been cured, Petitioner still has failed to effect proper service on the U.S. Attorney's Office and, now, having exceeded the time for effecting proper service by more than twice that allotted, must suffer dismissal.

### DISCUSSION

While Petitioner's view of whether he properly served the U.S. Attorney's Office is flawed, he essentially admits, nonetheless, that he did not believe that he effected service until November 14, 2006. This service date is more than a de minimis failure to comply with Petitioner's self-imposed deadline of October 20, 2006, which itself was seven months after the Complaint was filed. After Respondents filed their motion to dismiss, Petitioner filed on January 3, 2007, an affidavit of service on the U.S. Attorney. However, the U.S. Postal Service return of service card submitted therewith reflects that the mailing was addressed to the "Attorney General District of Columbia."

Supplemental Declaration of Daniel VanHorn (attached) at ¶ 3. While, based on the return of service card, the package apparently bore the correct street address and so was received by the U.S. Department of Justice mail room, it did not bear the correct addressee name. Id. at ¶¶ 3-4. And, given the proximity of the two addresses for each organization, with 555 4th Street, N.W. as the proper address for the U.S. Attorney, and 441 4th Street, N.W. as the proper address for the Attorney General for the District of Columbia, as well as the fact that the U.S. Attorney General receives mail at the same mail room, the likelihood of confusion and a misdirected delivery of the mailing was heightened. See id. at ¶¶ 4-5.

Respondent respectfully submits that the Court has extended Petitioner every courtesy and grace in permitting service after the order to show cause issued. Petitioner has simply failed to comply with a very clear and straight-forward rule, after having been afforded every opportunity to do so. Accordingly, this suit should be dismissed without prejudice. Nothing precludes Petitioner from refiling the suit if he still seeks judicial review after dismissal.[1]

---

[1] "In the absence of a specific statutory limitations period, a civil action against the United States under the APA is subject to the six year limitations period found in 28 U.S.C. § 2401(a)." Nagahi v. I.N.S., 219 F.3d 1166, 1171 (10th Cir. 2000) (review of naturalization application), citing Chemical Weapons Working Group, Inc. v. U.S. Dep't of the Army, 111 F.3d 1485, 1494-95 (10th Cir.1997); see also, Citizens Alert Regarding the Environment v. U.S. E.P.A., 259 F.Supp.2d 9, 25 (D.D.C. 2003).

WHEREFORE, Respondents respectfully submit that their motion to dismiss should be granted.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this **16th** day of **Janury, 2007,** I caused the foregoing Respondents' Reply Memorandum to Petitioner's Opposition to Petitioners' Motion to Dismiss and declaration to be served on Petitioner's counsel, **Regina Y. Kane and Richard A. Samad**, by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

Regina Y. Kane, Esq.
Law Office of Regina Y. Kane
1717 K Street, N.W., Suite 600
Washington, D.C. 20036

Richard A. Samad, Esq.
503 D Street, N.W., Suite 200
Washington, D.C. 20001

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739