UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERTIN N. NOUTCHANG, <br> A29 696 111 <br><br> Petitioner, <br><br> v. <br><br> RICHARD CATERISANO, District Director <br> U.S. Citizenship & Immigration Services, *et al.* <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0521 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) |

I, Daniel F. Van Horn, do hereby state that:

1. I am a Deputy Chief of the Civil Division in the Office of the United States Attorney for the District of Columbia. I have held this position since October 10, 1998.

2. Under Fed. R. Civ. P. 4(i)(1)(A), service of a civil action upon the United States Attorney's Office is effected "by delivering a copy of the summons and complaint to the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or ***by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney.***" (Emphasis added.) Proof of such service is required to be made to the court pursuant to Fed. R. Civ. P. 4 (*l*).

3. Entry number 10 on the Court's electronic civil docket for the above-captioned action indicates proof of service "as to the US Attorney" on November 22, 2006. The document associated with that docket entry, however, is a "Affidavit of Service" in which plaintiff's counsel states that the summons and complaint was mailed by certified mail to "Attorney General of the District of Columbia." Attached to counsel's Affidavit of Service is a copy of a certified mail return receipt for

Article Number 7006 0100 0002 7479 5857, addressed to "Attorney General District of Columbia; 555 Fourth Street, NW; Washington DC 20001." The return receipt also bears the stamped signature of "Ernest L. Parker," with the date "NOV 22 2006."

4. The United States Attorney's Office for the District of Columbia is located at 555 Fourth Street, N.W., Washington, D.C., the address to which Article Number 7006 0100 0002 7479 5857 was sent. However, the addressee of that article, "Attorney General District of Columbia," is not the "civil process clerk at the office of the United States attorney," as required by Rule 4(i)(1)(A). Indeed, the Attorney General for the District of Columbia is not even a federal official, but is instead an official of the local District of Columbia government.

5. Ernest L. Parker, the individual whose stamped signature appears on the return receipt, is not an employee of the United States Attorney's Office. Mr. Parker is an employee of the Department of Justice, and works in the Department's mail room, which processes mail sent to Department of Justice components in Washington, D.C., including the United States Attorney's Office. Our Office has confirmed that certified mail Article Number 7006 0100 0002 7479 5857 was received by the Department of Justice's mail room on November 22, 2006, and has also been advised that this article was subsequently forwarded to the Civil Division at the Department of Justice, not to our Office. Our inquiry to the Civil Division at the Department of Justice produced no further information about that certified mail package or what became of its contents.

6. Only certain staff members of the United States Attorney's Office are authorized to receive service of civil actions on behalf of the United States Attorney. The Office's procedure for recording receipt of service is for the civil process clerk to write the date of receipt on the summons and to

record the name of the case and the civil action number in a calendar book (the "Service Book") maintained for that purpose.

7.   I have reviewed the entries made by our Office's civil process clerk in the Service Book from November 22, 2006, to January 12, 2007. There is no entry in the Service Book reflecting service of the summons and complaint in the above-captioned civil action during that period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2007.

*/s/ Daniel F. Van Horn*
DANIEL F. VAN HORN