UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BERTIN N. NOUTCHANG )
)
Petitioner, )
)
v. ) No. 1:06-521 (RJL)
)
RICHARD CATERISANO, *et al.* )
)
Respondents. )

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 31st day of January, 2007, hereby

**ORDERED** that defendants' Motion to Dismiss [#9] is GRANTED, and it is further

**ORDERED** that petitioner's complaint is dismissed without prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge